UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

GEORGE CORNELL SCOTT,                    |
                                         |
        Petitioner,                      |        Civil Action No. 09-101-KKC
                                         |
v.                                       |
                                         |
J.C. ZUERCHER,                           |        **JUDGMENT**
                                         |
        Respondent.                      |

**\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1.      The petition filed pursuant to 28 U.S.C. § 2241 by George Cornell Scott against J.C. Zuercher as Respondent [R. 2] is **DENIED**, and Judgment is **ENTERED** in favor of the Respondent.

2.      The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

Dated this 8th day of September, 2009.



Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**